# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| JORGENSON, CINDY K. | UNITED STATES COURT-ARIZONA | 04/13/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Article III Judge | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

405 W CONGRESS, SUITE 5180
TUCSON, AZ 857015701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **JORGENSON, CINDY K.** | 04/13/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2020 | Arizona Elected Officals retirement Plan | $32,547.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Arizona Public Safety Retirement System(retired) |
| 2. 2020 | Arizona State Retirement Systems |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **JORGENSON, CINDY K.** | 04/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley IRA-Pimco Enhanced Shrt Mtrt Exc | A | Dividend | | | Sold | 01/20/20 | L | A | |
| 2. Morgn Stanley IRA-First Trust Japan | | None | | | Sold | 01/22/20 | K | | |
| 3. Morgan Stanley IRA-Invesco S&P Ultra dividend | | None | | | Sold | 01/22/20 | L | B | |
| 4. Morgan Stanley IRA-Ishares China Large Cap ETF | | None | | | Sold | 01/22/20 | J | | |
| 5. Morgan Stanley IRA-Ishares Core MSCI EAFE ETF | A | Dividend | K | T | Sold (part) | 01/22/20 | K | C | |
| 6. Morgan Stanley IRA-Ishares Core MSCI EAFE ETF | | None | | | Buy (add'l) | 04/03/20 | J | | |
| 7. Morgan Stanley IRA-Ishares Core MSCI Emerging | A | Dividend | J | T | Buy (add'l) | 01/22/20 | J | | |
| 8. Morgan Stanley IRA-Ishares Core MSCI EAFE ETF | | None | K | T | Buy (add'l) | 04/01/20 | J | | |
| 9. Morgan Stanley IRA-Ishares Global Financials ETF | | None | | | Sold | 01/22/20 | K | A | |
| 10. Morgan Stanley IRA-Ishares Inc MSCI Japan ETF | A | Dividend | J | T | Buy (add'l) | 01/24/20 | J | | |
| 11. Morgan Stanley IRA-Ishares Inc MSCI Japan ETF | | None | | | Buy (add'l) | 04/01/20 | J | | |
| 12. Morgan Stanley IRA-Ishares US Consumer Ser ETF | | None | | | Sold | 01/22/20 | K | D | |
| 13. Morgan Stanley IRA-Pacer GBL Cash Cos Dividend | | None | | | Sold | 01/22/20 | L | | |
| 14. Morgan Stanley IRA-Vanguard Info Tech ETF | | None | | | Sold | 01/22/20 | K | D | |
| 15. Morgan Stanley IRA-Vanguard TTL STK MKT ETF | | None | | | Sold | 01/22/20 | L | D | |
| 16. Morgan Stanley IRA-Wisdom Tree Trust Japan Hedge EQ | A | Dividend | K | T | Buy | 01/22/20 | K | | |
| 17. Morgan Stanley IRA-Wisdom Tree Trust Japan Hedge EQ | | None | | | Sold (part) | 04/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | | |
|---|---|---|
| Name of Person Reporting<br><br>JORGENSON, CINDY K. | | Date of Report<br><br>04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Morgan Stanley IRA-DBX ETF XTRACK MSCI EURP | A | Dividend | K | T | Buy | 01/22/20 | K | | |
| 19.  Morgan Stanley IRA-DBX ETF XTRACK MSCI EURP | | None | | | Sold (part) | 04/03/20 | J | | |
| 20.  Morgan Stanley IRA-Invesco S&P 500 Equal Weight E | A | Dividend | K | T | Buy | 01/22/20 | K | | |
| 21.  Morgan Stanley IRA-Invesco S&P 500 Equal Weight E | | None | | | Sold (part) | 03/31/20 | J | | |
| 22.  Morgan Stanley IRA-Invesco S&P 500 pure growth ET | A | Dividend | J | T | Buy | 01/22/20 | J | | |
| 23.  Morgan Stanley IRA-Invesco S&P 500 pure growth ET | | None | | | Buy (add'l) | 04/01/20 | J | | |
| 24.  Morgan Stanley IRA-Invesco S&P 500 Pure Value ETF | A | Dividend | K | T | Buy (add'l) | 01/22/20 | J | | |
| 25.  Morgan Stanley IRA-Invesco S&P 500 Pure Value ETF | | None | | | Buy (add'l) | 04/01/20 | J | | |
| 26.  Morgan Stanley IRA-Edge MSCI Min Vol EAFE | A | Dividend | K | T | Buy (add'l) | 01/22/20 | K | | |
| 27.  Morgan Stanley IRA-Ishare Edge MSCI Min Vol EAFE | | None | K | T | Buy (add'l) | 04/01/20 | J | | |
| 28.  Morgan Stanley IRA-Ishare Edge MSCI Min Vol EMER | A | Dividend | K | T | Buy | 01/22/20 | K | | |
| 29.  Morgan Stanley IRA-Ishare Edge MSCI Min Vol EMER | | None | | | Buy (add'l) | 04/01/20 | J | | |
| 30.  Morgan Stanley IRA-Ishare Edge MSCI Min Vol USA | A | Dividend | K | T | Buy | 01/22/20 | K | | |
| 31.  Morgan Stanley IRA-Ishare Edge MSCI Min Vol USA | | None | | | Buy (add'l) | 04/01/20 | J | | |
| 32.  Morgan Stanley IRA-Ishare Edge MSCI US Momentum | A | Dividend | K | T | Buy | 01/22/20 | K | | |
| 33.  Morgan Stanley IRA-Ishare Edge MSCI US Momentum | | None | | | Sold (part) | 04/01/20 | J | | |
| 34.  Morgan Stanley IRA-Ishare Edge MSCI US QLTY FAC | A | Dividend | K | T | Buy | 01/22/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Morgan Stanley IRA-Ishare Edge MSCI US QLTY FAC | | None | | | Sold (part) | 04/01/20 | J | | |
| 36. Morgan Stanley IRA-Ishare Edge MSCI Intl Multifactor | A | Dividend | K | T | Buy | 01/22/20 | K | | |
| 37. Morgan Stanley IRA-Ishare Edge MSCI Intl Multifactor | | None | | | Sold (part) | 04/01/20 | J | | |
| 38. Morgan Stanley IRA-Ishare MSCI Pac Ex-JPN ETF | A | Dividend | J | T | Buy | 01/22/20 | J | | |
| 39. Morgan Stanley IRA-Ishare MSCI Pac Ex-JPN ETF | | None | | | Buy (add'l) | 04/01/20 | J | | |
| 40. Morgan Stanley IRA-Ishare MSCI multifactor USA | A | Dividend | K | T | Buy | 01/22/20 | K | | |
| 41. Morgan Stanley IRA-Ishare MSCI Pac Ex-JPN ETF | | None | K | T | Buy (add'l) | 04/01/20 | J | | |
| 42. Morgan Stanley IRA-Ishare Russell 1000 GRW ETF | A | Dividend | L | T | Buy | 01/22/20 | K | | |
| 43. Morgan Stanley IRA-Ishare Russell 1000 GRW ETF | | None | | | Buy (add'l) | 04/01/20 | J | | |
| 44. Morgan Stanley IRA-Ishare Russell 1000 Value ETF | A | Dividend | L | T | Buy | 01/22/20 | K | | |
| 45. Morgan Stanley IRA-Ishare Russell 1000 GRW ETF | | None | L | T | Buy (add'l) | 04/01/20 | J | | |
| 46. Morgan Stanley IRA-Ishare Russell 2000 Growth ETF | A | Dividend | J | T | Buy | 01/22/20 | J | | |
| 47. Morgan Stanley IRA-Ishare Russell 2000 Growth ETF | | None | | | Sold (part) | 04/01/20 | J | | |
| 48. Morgan Stanley IRA-Ishare Russell 2000 Value ETF | A | Dividend | J | T | Buy | 01/22/20 | J | | |
| 49. Morgan Stanley IRA-Ishare Russell 2000 Value ETF | | None | | | Sold (part) | 04/01/20 | J | | |
| 50. Morgan Stanley IRA-Ishare Russell MIDCAP G ETF | A | Dividend | J | T | Buy | 01/22/20 | J | | |
| 51. Morgan Stanley IRA-Ishare Russell MIDCAP G ETF | | None | | | Buy (add'l) | 04/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Morgan Stanley IRA-Ishare Russell MIDCAP V ETF | A | Dividend | J | T | Buy | 01/22/20 | J | | |
| 53. Morgan Stanley IRA-Ishare Russell MIDCAP V ETF | | None | | | Buy (add'l) | 04/01/20 | J | | |
| 54. Morgan Stanley IRA-SCH FND LG ETF | A | Dividend | K | T | Buy | 01/22/20 | K | | |
| 55. Morgan Stanley IRA-SCH FND LG ETF | | None | | | Sold (part) | 04/01/20 | J | | |
| 56. Morgan Stanley IRA-SPDR S&P Dividend | A | Dividend | K | T | Buy | 04/01/20 | K | | |
| 57. Morgan Stanley IRA-SPDR S&P Dividend | | None | | | Sold (part) | 04/01/20 | J | | |
| 58. Morgan Stanley IRA-Vanguard FTSE Europe ETF | A | Dividend | K | T | Buy | 01/22/20 | K | | |
| 59. Morgan Stanley IRA-Vanguard FTSE Europe ETF | | None | | | Buy (add'l) | 04/01/20 | J | | |
| 60. Wells Fargo Savings | A | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **JORGENSON, CINDY K.** | 04/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CINDY K. JORGENSON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544